UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:18CR 71 (AWT) |
| v. | VIOLATION: |
| MICHAEL USZAKIEWICZ | 18 U.S.C. § 1349<br>(Conspiracy to Commit Wire Fraud) |

[FILED stamp: 2018 APR 17 P 4: 25 U.S. DISTRICT COURT NEW HAVEN, CT]

INFORMATION

The United States Attorney charges:

COUNT ONE
(Conspiracy to Commit Wire Fraud)

1. From approximately 2011 to approximately 2015, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, the defendant, MICHAEL USZAKIEWICZ, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the United States Attorney, to commit an offense against the United States, that is, knowingly and willfully devising and intending to devise a scheme and artifice to defraud, and for obtaining money and property from Company 1, whose identity is known to the United States Attorney, by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did knowingly transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION
(Conspiracy to Commit Wire Fraud)

2. Upon conviction of the conspiracy to commit wire fraud offense alleged in Count One of this Information, defendant MICHAEL USZAKIEWICZ, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of conspiracy to commit wire fraud, including but not limited to the following: Approximately $1,121,106 in United States currency, seized on or about March 28, 2016 from the defendant's bank accounts.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s), cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. § 981(a)(1) as incorporated by 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY